**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Nolan, | No. CV 08-1884-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Dirk Kempthorne, Secretary of the Department of the Interior, | |
| Defendant. | |

Defendant filed a Motion for More Definite Statement on January 20, 2009 (Doc. #9). Since then, Plaintiff Nolan has filed an Amended Complaint as a matter of right under Federal Rule of Civil Procedure 15(a)(1).[1] Plaintiff's filing of the Amended Complaint moots the Motion for More Definite statement.

Accordingly,

IT IS HEREBY ORDERED DENYING as moot the Motion for More Definite Statement (Doc. #9).

DATED this 13th day of March, 2009.

_James A. Teilborg_
United States District Judge

---

[1] Federal Rule of Civil Procedure 15(a)(1)(A) allows a party to amend its pleading once as a matter of course before being served with a responsive pleading. A motion for a more definite statement is not a responsive pleading for purposes of Rule 15(a)(1)(A). *See Rick-Mik Enter., Inc. v. Equilon Enter. LLC*, 532 F.3d 963, 977 (9th Cir. 2008).